**Order entered July 31, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01495-CV

### IN THE MATTER OF THE GUARDIANSHIP OF DORIS L. TIPPS

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-3072-3**

## ORDER

We GRANT appellant's July 29, 2015 fourth motion for extension of time to file combined reply brief and **ORDER** the brief tendered to the Clerk of the Court July 27, 2015 filed as of the date of this order.

/s/  CRAIG STODDART
    JUSTICE